IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS,**
**ADC # 93197** **PLAINTIFF**

v. **CASE NO. 5:10CV00361 BSM/JJV**

**D. WHITE, Warden, Varner**
**Supermax, Arkansas Department**
**of Corrections et al.** **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint [Doc. No. 1] should be dismissed with prejudice for failure to state a claim;

2. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g); and

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order adopting the recommendation, and the accompanying judgment, would not be taken in good faith.

DATED this 13th day of May, 2011.

                                                  UNITED STATES DISTRICT JUDGE