IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS,**
**ADC # 93197**                                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 5:10CV00361 BSM/JJV**

**D. WHITE, Warden, Varner**
**Supermax, Arkansas Department**
**of Corrections et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

DATED this 13th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE